# UNITED STATES DISTRICT COURT
## Western District of Arkansas
### U.S. Probation / Pretrial Services

**Myron Smith**
Chief U.S. Probation Officer

319 Federal Building and U. S. Courthouse
35 East Mountain Road
Fayetteville, Arkansas 72701
(479) 442-9892
Fax - (479) 442-5276

May 7, 2007

Honorable Jimm Larry Hendren
Chief U.S. District Judge
U.S. Courthouse
35 East Mountain
P.O. Box 6420
Fayetteville, Arkansas 72701

RE:   FAUGHT, Bradley
      Dkt. No.: 3:05CR30005-001
      **Violation Report**

Dear Judge Hendren:

This is to seek the Court's guidance in the matter of supervision in this case regarding possible violation(s) of supervision on the above-named individual. The offender was sentenced by Your Honor on June 29, 2006, for one count of *Uttering Counterfeit Obligations*, to time served. Additionally, he was sentenced to a three-year term of supervised release, $700 restitution and a $100 special assessment fee. Supervision commenced on June 29, 2006, in the Western District of Arkansas, Fayetteville Division.

On February 5, 2007, a urine sample was collected from Faught and on February 8, 2007, Kroll Laboratories advised that the urine sample provided by Faught was positive for marijuana. After several attempts to contact offender at his residence or have him report to the office, contact was finally made via telephone on March 28, 2007. At this time, offender admitted to using marijuana and was then instructed to report to the U.S. Probation Office. He was unable to do so due to transportation issues.

On April 25, 2007, offender reported to the State Probation/Parole Office in Berryville, Arkansas, to provide a urine sample and monthly reports. An onsite urine test was conducted which showed negative for all substances. After much discussion and offender signing a drug confession form, offender requested inpatient substance abuse treatment for his marijuana use. He advised that he craved marijuana and felt he needed help in fighting his addiction. On May 3, 2007, a referral was made to Decision Point who accepted offender into their inpatient substance abuse program. It was confirmed that offender reported for inpatient treatment on May 7, 2007.

Page 2
RE: FAUGHT
May 7, 2007

The defendant was remorseful for his actions and requested treatment. In response to this violation, the Probation Officer placed offender in Decision Point's inpatient substance abuse program, gave the offender a verbal reprimand, advised he could no longer associate with those who provided him the marijuana, and he was reminded of his conditions. Continued urine surveillance at regular random intervals along with frequent home and community visits will be conducted. Defendant has had no other known violations while on supervision.

Based on the above information, it is respectfully recommended that the offender be allowed to continue on supervised release and obtain treatment.

Sincerely,

Tobey L. Reely
U.S. Probation Officer

Reviewed By:

William E. Dunn, Jr.
Supervisory U.S. Probation Officer

✓ Pursue Course of Action

___ Submit Petition for Violation

___ Other _____

5/15/07
Jimm Larry Hendren                Date
Chief U.S. District Judge

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAY 1 5 2007

CHRIS R. JOHNSON, CLERK
BY _____
DEPUTY CLERK