# UNITED STATES DISTRICT COURT
Western District of Arkansas
## U.S. Probation / Pretrial Services

**Myron Smith**
Chief U.S. Probation Officer

319 Federal Building and U. S. Courthouse
35 East Mountain Road
Fayetteville, Arkansas 72701
(479) 442-9892
Fax - (479) 442-5276

June 8, 2007

Honorable Jimm Larry Hendren
Chief U.S. District Judge
U.S. Courthouse
35 East Mountain
P.O. Box 6420
Fayetteville, Arkansas 72701

    RE:    FAUGHT, Bradley E.
               Dkt. No.: 3:05CR30005-001
               <u>Violation Report</u>

Dear Judge Hendren:

This is to seek the Court's guidance in the matter of supervision in this case regarding possible violation(s) of supervision on the above-named individual. The offender was sentenced by Your Honor on June 29, 2006, for one count of *Uttering Counterfeit Obligations*, to time served. Additionally, he was sentenced to a three-year term of supervised release, $700 restitution and a $100 special assessment fee. His special conditions include search and seizure, drug treatment, and no new lines of credit. Supervision commenced on June 29, 2006, in the Western District of Arkansas, Fayetteville Division.

On April 25, 2007, Faught reported to the State Probation/Parole Office in Berryville, Arkansas, to provide a urine sample and monthly reports. After much discussion, Faught requested inpatient substance abuse treatment for his marijuana use. He advised that he craved marijuana and felt he needed help in fighting his addiction. At this time, Faught was warned that he was not allowed to leave the program until he and his counselor called and spoke with me directly advising that he had successfully completed the program. On May 3, 2007, a referral was made to Decision Point and they accepted Faught into their inpatient substance abuse program. It was confirmed that Faught reported for inpatient treatment on May 7, 2007.

On May 25, 2007, the Probation Office received a call from Decision Point advising Faught had been unsuccessfully discharged from the program. On May 31, 2007, a letter from Cindy Dickey at Decision Point was received detailing the reasons for Faught's discharge. A copy of the letter is attached for the Courts review.

Page 2
RE: FAUGHT
June 8, 2007

On May 29, 2007, this officer received notification via e-mail from Justice Xchange advising that Faught had been arrested and released by the Carroll County Sheriff's Office. On May 30, 2007, the Carroll County Sheriff's Office confirmed Faught's arrest for Indecent Exposure and faxed a copy of the incident report which is attached for the Courts review. Faught has a court date of July 5, 2007, in Berryville, Arkansas, District Court in regard to the above charge.

Since Faught's discharge from Decision Point and contact with law enforcement he has failed to contact the U.S. Probation Office.

Based on the above information, it is respectfully recommended that a warrant for Faught's arrest be issued.

Sincerely,

*Tobey L. Reely*
Tobey L. Reely
U.S. Probation Officer

Reviewed By:

*William E. Dunn, Jr.*
William E. Dunn, Jr.
Supervisory U.S. Probation Officer

✓ Issue Warrant (12C - Petition Attached)
___ Other _____

_____  6/18/07
Jimm Larry Hendren        Date
Chief U.S. District Judge

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUN 1 8 2007

CHRIS R. JOHNSON, CLERK
BY _____
DEPUTY CLERK