IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

        v.           Criminal No. 05-30005-001

BRADLEY FAUGHT                                                  DEFENDANT


O R D E R

Now on this 1st day of July, 2008, comes on for consideration defendant's **Unopposed Motion For Early Termination Of Supervised Release** (document #48), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and defendant is released from any further supervision in connection with this matter.

IT IS SO ORDERED.

                                 /s/ Jimm Larry Hendren
                                JIMM LARRY HENDREN
                                UNITED STATES DISTRICT JUDGE